# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00342-CV

**Will Richardson, Appellant**

**v.**

**Virginia Rogers and James A. Mattox, Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
NO. GN200705, HONORABLE DARLENE BYRNE, JUDGE PRESIDING**

Appellant filed an unopposed motion to dismiss his appeal advising that he no longer desires to pursue this appeal.

It appearing to this Court that the motion should be granted, the instant appeal is dismissed on the unopposed motion of Appellant. Tex. R. App. P. 42.1(a)(2).

Marilyn Aboussie, Chief Justice

Before Chief Justice Aboussie, Justices B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: July 26, 2002

Do Not Publish